IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA C. LAMB, *et al.*, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0549-N |
| CSA – CREDIT SOLUTIONS OF CHASE HOME FINANCE LLC, | § § § § | |
| Defendant. | § | |

**ORDER**

It is hereby ORDERED as follows:

1. The Court denies without prejudice Defendant's motion to consolidate [41].

2. Defendant shall have until January 22, 2010, to respond to the *McDaniel* Plaintiffs' pending motion for class certification and the *McDaniel* Plaintiffs' pending motion for summary judgment.

3. The *McDaniel* Plaintiffs shall have until February 26, 2010, to serve reply briefs in support of their motions for class certification and summary judgment.

4. The *Lamb* Plaintiff may serve an amicus brief concerning the motions for class certification and summary judgment on or before February 12, 2010.

5. Defendant and the *McDaniel* Plaintiffs shall have until February 26, 2010, to serve any response to the *Lamb* Plaintiff's amicus briefs.

2

6.  Following the completion of all briefing, the *McDaniel* Plaintiffs shall file all submissions on the class certification and summary judgment motions with the Court by March 3, 2010.

SIGNED December 8, 2009.

_____
David C. Godbey
United States District Judge